DAVIS *v.* BRISTOL FINANCE COMPANY.

DAVIS *v.* FULTON PURCHASING COMPANY.

DAVIS *v.* JACKSON.

NICHOLSON *v.* EDGEWOOD FINANCE COMPANY.

RUSSELL, C. J. The questions presented in these cases are identical with those ruled in *Davis* v. *Atlanta Finance Co.*, this day decided, and the judgment in each of them is controlled by the decision in the case named.        *Judgments reversed. All the Justices concur.*

Nos. 4919, 4922, 4925, 4928. AUGUST 13, 1925.

---

DAVIS *v.* CHESTNUT.

DAVIS *v.* GRANT TRADING COMPANY.

DAVIS *v.* LAWRENCE *et al.*

NICHOLSON *v.* GRANT TRADING COMPANY.

ATKINSON, J. Under the facts of these cases, the principle ruled in the case of *Davis* v. *Atlanta Finance Company*, this day decided, is controlling here.        *Judgments reversed. All the Justices concur.*

Nos. 4920, 4923, 4926, 4929. AUGUST 13, 1925.

---

DAVIS *v.* DOLLAR SUPPLY COMPANY.

DAVIS *v.* HENRY & COMPANY.

DAVIS *v.* SALARY INVESTMENT COMPANY.

HILL, J. Under the facts of these cases, the principle ruled in the case of. *Davis* v. *Atlanta Finance Co.*, this day decided, is controlling here.        *Judgments reversed. All the Justices concur.*